**Order filed April 16, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00056-CV

_____

## IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY

**Original Mandamus Proceeding**

### O R D E R

Relator, Liberty County Mutual Insurance Company, has filed in this court an emergency motion to stay in conjunction with an original mandamus proceeding. These matters relate to an order entered on April 14, 2021, by the 35th District Court of Brown County in Cause No. CV1908341. In the order, the Honorable Michael L. Smith denied Relator's motion to restyle the case for presentation to the jury. In its motion to restyle, Relator (1) requested that, for purposes of the jury trial, the style of the case be altered to delete the insurance company's name and (2) sought "*in limine*" relief regarding the matter of insurance coverage being mentioned to the jury. *See Brainard v. Trinity Universal Ins. Co.*, 216 S.W.3d 809, 818 (Tex. 2006).

According to Relator, the underlying case is set for jury selection on April 20, 2021. Pursuant to TEX. R. APP. P. 52.10(b), this court grants the motion for temporary emergency relief and hereby orders that all actions and proceedings in the cause below be temporarily stayed pending further order of this court or final disposition of this mandamus proceeding.

Furthermore, pursuant to TEX. R. APP. P. 52.4, this court requests that a response to Relator's petition for writ of mandamus be filed on or before April 30, 2021.

PER CURIAM

April 16, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.